FILED
CLERK U.S. DISTRICT COURT

AUG 26 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FABIAN RENTERIA-ARELLANO  Defendant. | Case No.: MJ 09-01952<br><br>ORDER OF DETENTION<br><br>[Fed. R. Cim. P. 32.1(a)(6);<br> 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Southern District of California</u> for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

    The Court finds that:

A.  ( ✓ ) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>failure to comply with conditions of supervised release</u>

    and/or

1  B.  ( ) The defendant has not met his/her burden of establishing by clear and
2      convincing evidence that he/she is not likely to pose a danger to the safety of any
3      other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
4      finding is based on: _____
5      _____
6      _____
7      _____

9      IT IS THEREFORE ORDERED that the defendant be detained pending the further
10 revocation proceedings.

12 Dated: Aug. 26, 2009

*Alicia G. Rosenberg*
ALICIA G. ROSENBERG
United States Magistrate Judge